UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY EUGENE HANCOCK | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-796-SDJ |
| | § | |
| JOHN DOE, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 6, 2021, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Anthony Eugene Hancock's claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Anthony Eugene Hancock's claims are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 10th day of February, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE